KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
NELI N. PALMA, State Bar No. 203374
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2482
 Fax: (916) 322-8288
 E-mail: Neli.Palma@doj.ca.gov
*Attorneys for Defendants California Highway Patrol Officer Iosefa, California Highway Patrol Officer Crewse (erroneously sued herein as "Crelose"), and California Highway Patrol Officer McConnell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT PALMER,** <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA HIGHWAY PATROL OFFICER IOSEFA; CALIFORNIA HIGHWAY PATROL OFFICER CRELOSE; CALIFORNIA HIGHWAY PATROL OFFICER MCCONNELL; and Does 1 to 10, inclusive,** <br><br> Defendants. | 1:16-cv-00787-DAD-SKO <br><br> **STIPULATION AND ORDER CONTINUING DATE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT FOR DAMAGES** |

**THE PARTIES**, by and through their respective attorneys of record, hereby stipulate to and respectfully ask that the Court continue the date to file a response to the First Amended Complaint for Damages currently due October 20, 2016, as follows:

- On September 23, 2016, the Court issued an order in this action concerning Defendants' Motion to Dismiss (Doc. 10), and granting Plaintiff 14 days from said date to file a First Amended Complaint.

1

- On October 6, 2016, Plaintiff filed his First Amended Complaint for Damages (Doc. 19), a response to which is currently due on or by October 20, 2016.
- On October 4, 2016, the Supervising Deputy Attorney General assigned to this case, Peter Meshot, commenced a jury trial in this very Court in Courtroom 7, before the Honorable Magistrate Judge Sheila K. Oberto (*Zone Sports Center, LLC v. Ben Rodriguez, et al.*, Case No. 1:11-cv-00622), which trial is expected to last until October 17 or 18, 2016, and maybe longer depending on the length of jury deliberations.
- On October 11, 2016, Deputy Attorney General Neli Palma, also counsel for Defendants, is scheduled to commence trial in Sacramento Superior Court (*Dale Burns, v. Adam Frazier, et a.l,* Sacramento Superior Court Case No. 34-2012-00135263), which trial is expected to last for two weeks.
- For each of the foregoing reasons, the parties request that the Court grant Defendants a two-week extension of time for filing a response to the First Amended Complaint for Damages so that it is due on or by November 3, 2016.

**IT IS SO STIPULATED.**

Dated: October __, 2016

OFFICE OF THE ATTORNEY GENERAL


By  */s/ Neli N. Palma*
NELI N. PALMA
Deputy Attorney General
Attorneys for Defendants

Dated: October __, 2016

CHAIN, COHN, STILES


By  */s/ Neil K. Gehlawat*
NEIL K. GEHLAWAT
Attorneys for Plaintiff

**ORDER**

Based on the parties' above-stipulation, IT IS HEREBY ORDERED that Defendants are granted a two-week extension of time for filing a response to the First Amended Complaint for Damages (Doc. 19). Defendants shall file a response to the First Amended Complaint for Damages on or by November 3, 2016.

IT IS SO ORDERED.

Dated:     **October 16, 2016**                              /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE