# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PALMER,<br><br>    Plaintiff,<br><br> v.<br><br>IOSEFA, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00787-SKO<br><br>**ORDER EXTENDING DEADLINE FOR AMENDMENTS TO PLEADINGS**<br><br>**(Doc. 38)** |

Before the Court is the parties' Joint Stipulation for Continuance of Pleading Amendment Deadline (the "Request"). (Doc. 38.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that the deadline for amendments to pleadings in this case is EXTENDED from April 28, 2017 to **May 29, 2017**.

IT IS SO ORDERED.

Dated: **April 26, 2017**             /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE