# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PALMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IOSEFA, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:16-cv-00787-SKO<br><br>**SECOND ORDER EXTENDING DEADLINE FOR AMENDMENTS TO PLEADINGS**<br><br>**(Doc. 40)** |

Before the Court is the parties' second Joint Stipulation for Continuance of Pleading Amendment Deadline (the "Request"). (Doc. 40.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that the deadline for amendments to pleadings in this case is EXTENDED from May 29, 2017 to **June 26, 2017**.

IT IS SO ORDERED.

Dated: **May 31, 2017**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE