# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ROBERT PALMER, | CASE NO. 1:16-CV-00787-SKO |
|---|---|
| Plaintiff, | **THIRD ORDER EXTENDING DEADLINE FOR AMENDMENTS TO PLEADINGS** |
| v. | |
| CALIFORNIA HIGHWAY PATROL OFFICER IOSEFA; CALIFORNIA HIGHWAY PATROL OFFICER CRELOSE; CALIFORNIA HIGHWAY PATROL OFFICER MCCONNELL; and Does 1 to 10, inclusive, | **(Doc. 42)** |
| Defendants. | |

## **ORDER**

Before the Court is the parties' third "Joint Stipulation for Continuance of Pleading Amendment Deadline" (the "Request"). (Doc. 42). For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that the deadline for filing any motion or stipulation requesting leave to amend the pleadings is EXTENDED from June 26, 2017, to July 31, 2017.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: __**June 23, 2017**__          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE