1  CHAIN | COHN | STILES
   David K. Cohn (SBN 68768)
2  Email: dcohn@chainlaw.com
   Neil K. Gehlawat (SBN 289388)
3  Email: ngehlawat@chainlaw.com
4  1731 Chester Avenue
   Bakersfield, CA 93301
5  Telephone: (661) 323-4000
   Facsimile: (661) 324-1352
6  *Attorneys for Plaintiff*

7
   XAVIER BECERRA
8  Attorney General of California
   PETER A. MESHOT, State Bar No. 117061
9  Supervising Deputy Attorney General
   NELI N. PALMA, State Bar No. 203374
10 Deputy Attorney General
   1300 I Street, Suite 125
11 P.O. Box 944255
12 Sacramento, CA 94244-2550
   Telephone:  (916) 445-2482
13 Fax:  (916) 322-8288
   E-mail:  Neli.Palma@doj.ca.gov
14

15 *Attorneys for Defendants California Highway Patrol
   Officer Iosefa, California Highway Patrol Officer Crewse
16 (erroneously sued herein as "Crelose"), and California Highway
   Patrol Officer McConnell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PALMER, | CASE NO. 1:16-CV-00787-SKO |
| Plaintiff, | **ORDER ON JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES** |
| v. | **(Doc. 50)** |
| CALIFORNIA HIGHWAY PATROL OFFICER IOSEFA; CALIFORNIA HIGHWAY PATROL OFFICER CRELOSE; CALIFORNIA HIGHWAY PATROL OFFICER MCCONNELL; and Does 1 to 10, inclusive, | |
| Defendants. | |

# ORDER

Before the Court is a stipulation among the parties (Doc. 50). Having reviewed the parties' stipulation, and good cause appearing, the Court adopts the stipulation in part and modifies the Scheduling Order (Doc. 37) as follows:

| | Current Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | 10/2/17 | 11/29/17 |
| Expert Disclosures | 10/10/17 | 12/11/17 |
| Suppl. Expert Disclosures | 10/20/17 | 12/29/17 |
| Expert Discovery Cutoff | 11/10/17 | 1/26/18 |
| Non-Dispositive Mtn. Filing | 11/10/17 | 1/26/18 |
| Non-Dispositive Mtn. Hearing | 12/13/17 | 2/28/18 |
| Dispositive Mtn. Filing | 12/6/17 | 2/21/18 |
| Dispositive Mtn. Hearing | 1/24/18 | 4/4/18[1] |
| Settlement Conference | 2/16/18 | 4/12/18 at 1:00 p.m. in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean[2] |
| Pre-Trial Conference | 3/14/18 | 5/30/18 |
| Trial | 5/8/18 | 7/31/18[3] |

IT IS SO ORDERED.

Dated: **October 2, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties proposed March 28, 2018, as the hearing date for dispositive motions. To allow the Court adequate time to rule on dispositive motions in advance of the pretrial conference, the proposed hearing date has been continued.

[2] Due to the impending retirement of United States Magistrate Judge Seng, before whom the parties' settlement conference was previously set, the settlement conference has been re-set before United States Magistrate Judge Grosjean, in accordance with her calendar.

[3] To permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial, the pretrial conference and trial dates have been continued from the parties' proposed dates of May 23, 2018, and July 23, 2018, respectively.

ORDER ON JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES