IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT PALMER,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICER IOSEFA; et al.,**<br><br>Defendants. | 1:16-cv-00787 SKO<br><br>**ORDER ON JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES** |

Pursuant to the Court's order entered October 2, 2017, fact discovery was to be completed by November 29, 2017, and experts were to be disclosed by December 11, 2017. (*See* Doc. 51.) The parties filed their "Joint Stipulation for Continuance of Certain Dates" (the "Stipulation") on December 13, 2017—*after* these deadlines had passed. (*See* Doc. 53.)

Although the Court may extend time for discovery after the deadline has expired because of "excusable neglect," Fed. R. Civ. P. 6(b)(1)(B), no such excusable neglect has been articulated—much less shown—here. Notwithstanding this deficiency, and given the absence of bad faith or prejudice to Plaintiff (as evidenced by the parties' agreement to the extension of time), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general

1

purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court will adopt the Stipulation in part, with modifications indicated below. ***The parties are cautioned that future post hoc request for extensions of time will be viewed with disfavor.***

In addition, the Court notes that some of the deadlines represented as "current" in the Stipulation are not the same as those deadlines set by the Court in its October 2, 2017, order. (*Compare* Doc. 53 *with* Doc. 51.) ***The Court admonishes the parties to carefully review all prior orders of the Court before seeking further judicial action.***

Having reviewed the Stipulation, and good cause appearing, the Court hereby GRANTS the Stipulation IN PART, and modifies its October 2, 2017, order as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-off | 11/29/17 | 1/31/18 |
| Expert Disclosures | 12/11/17 | 2/16/18 |
| Suppl. Expert Disclosures | 12/29/17 | 3/2/18 |
| Expert Discovery Cut-off | 1/26/18 | 4/16/18 |
| Non-Dispositive Mtn. Filing | 1/26/18 | 4/25/18 |
| Non-Dispositive Mtn. Hearing | 2/28/18 | 5/23/18 |
| Dispositive Mtn. Filing | 2/21/18 | 5/9/18 |
| Dispositive Mtn. Hearing | 4/4/18 | 6/20/18 |
| Settlement Conference | 4/12/18 | 8/3/18 at 10:30 a.m. in Courtroom 10 before U.S. Magistrate Judge Erica P. Grosjean |
| Pre-Trial Conference | 5/30/18 | 8/29/18 |
| Trial | 7/31/18 | 10/30/18 |

IT IS SO ORDERED.

Dated: **December 19, 2017**         /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE