**ALDERLAW, PC**
Michael Alder, Esq. (SBN 170381)
Marni B. Folinsky, Esq. (SBN 209880)
Neil Gehlawat, Esq. (SBN 289388)
1875 Century Park East, Suite 1500
Los Angeles, CA 90067
Tel: (310) 275-9131
Fax: (310) 275-9132
cmalder@alderlaw.com
mfolinsky@alderlaw.com
ngehlawat@alderlaw.com

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| ROBERT PALMER, | CASE NO.: 1:16-cv-00787-SKO |
| Plaintiffs, | |
| v. | ORDER ON JOINT STIPULATION CONTINUING PRE-TRIAL CONFERENCE AND SETTLEMENT CONFERENCE DATES |
| CALIFORNIA HIGHWAY PATROL OFFICER IOSEFA; CALIFORNIA HIGHWAY PATROL OFFICER CRELOSE; CALIFORNIA HIGHWAY PATROL OFFICER MCCONNELL; DOES 1-10, inclusive, | (Doc. 62) |
| Defendants. | |

**<u>ORDER</u>**

The Court, having reviewed the parties' Joint Stipulation Continuing Pre-Trial Conference and Settlement Conference Dates (the "Stipulation") (Doc. 62), and for good cause shown, HEREBY ORDERS that the Stipulation is GRANTED and the case schedule is MODIFIED as follows:

1. The settlement conference will be rescheduled from August 30, 2018 to August 22, 2018, at 1:00 p.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.
2. The pretrial conference will be continued from August 29, 2018 to September 5, 2018, at 2:00 p.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

The trial date will remain set for October 30, 2018, at 8:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **July 11, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

**Alder Law, P.C.**
1875 Century Park East, Suite 1500
Los Angeles, CA 90067

ORDER ON JOINT STIPULATION CONTINUING PRE-TRIAL CONFERENCE AND SETTLEMENT CONFERENCE DATES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1875 Century Park East, Suite 1500, Los Angeles, California 90067.

On July 10, 2018, I served the foregoing document(s) described as ORDER ON JOINT STIPULATION CONTINUING PRE-TRIAL CONFERENCE AND SETTLEMENT CONFERENCE DATES**,** on all interested parties in this action as set forth on the attached service list in the following manner:

☐ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up via FEDERAL EXPRESS for delivery to the addressee(s) set forth on the attached service list on the next business day.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered via personal delivery to the addressee(s) set forth on the attached service list.

☒ **BY ELECTRONIC SERVICE:** Pursuant to the agreement of the parties, I caused said document(s) to be delivered via electronic mail to the addressee(s) set forth on the attached service list.

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL: I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on July 10, 2018 at Los Angeles, California.

_____
SANDRA ARELLANO

# SERVICE LIST

| | |
|---|---|
| CALIFORNIA ATTORNEY GENERAL'S OFFICE<br>John C. Bridges, Esq,<br>Matthew W. Roman, Esq.<br>1300 I. St., Suite 125<br>P.O. Box 944255<br>Sacramento, CA 95814 | Counsel for Defendants<br>Telephone: (916) 210-7505<br>Facsimile: (916) 322-8288<br>John.Bridges@doj.ca.gov<br>Matthew.Roman@doj.ca.gov |